# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MICHEL, | CASE NO. CV F 13-0304 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT BANK OF AMERICA CORPORATION** |
| vs. | (Doc. 8.) |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii), this Court DISMISSES this action without prejudice as to defendant Bank of America Corporation only.  The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:   March 27, 2013         /s/  Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

1