1  Marcus A. Mancini (SBN 146905 )
   Tara Licata (SBN 266111)
2  Mancini & Associates
   15303 Ventura Boulevard
3  Suite 600
   Sherman Oaks, California  91403
4  Telephone:  (818) 783-5757
   Facsimile:  (818) 783-7710
5
   Attorneys for Plaintiff
6  JULIE MICHEL

7  Marytza J. Reyes (SBN 218684)
   REED SMITH LLP
8  355 South Grand Avenue
   Suite 2900
9  Los Angeles, CA  90071-1514
   Telephone:  (213) 457-8000
10 Facsimile:  (213) 457-8080
   Email:  mreyes@reedsmith.com
11
   Attorneys for Defendants
12 BANK OF AMERICA, N.A.

13

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

17 JULIE MICHEL, an individual,                  Case No. 1:13−CV−00304−LJO−JLT

18              Plaintiff,                       **STIPULATION FOR DISMISSAL OF ENTIRE CASE**

19        vs.                                    Compl. Filed:   January 18, 2013

20 BANK OF AMERICA, NATIONAL
   ASSOCIATION; and DOES 1 Through
21 100, Inclusive,

22              Defendants.

– 1 –

STIPULATION FOR DISMISSAL OF ENTIRE CASE

Plaintiff Julie Michel and Defendant Bank of America, N.A., the only parties who have appeared herein, hereby stipulate as follows:

1. This action is dismissed with prejudice pursuant to Rule 41(a)(1)A)(ii); and

2. Each party is to bear all of its own costs, fees and expenses.

**IT IS SO STIPULATED.**

DATED:  February 28, 2014          MANCINI & ASSOCIATES

By    */s/ Tara Licata*[1]
　　　Marcus A. Mancini
　　　Tara Licata
　　　Attorneys for Plaintiff
　　　JULIE MICHEL

DATED:  February 28, 2014          REED SMITH LLP

By    */s/ Marytza J. Reyes*
　　　Marytza J. Reyes
　　　Attorneys for Defendant
　　　BANK OF AMERICA, N.A.

---

[1] As authorized on February 28, 2014.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## **ORDER**

This Court DISMISSES with prejudice this action subject to the parties' stipulation and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **February 28, 2014**          /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE